HILARY ARMSTRONG (SBN 234750)
hilarya@lawfoundation.org
MARLENE BENNETT (SBN 260775)
marleneb@lawfoundation.org
LAW FOUNDATION OF SILICON VALLEY
HEALTH LEGAL SERVICES
152 N. Third Street, 3rd Floor
San Jose, California 95112
Telephone: (408) 280-2462
Facsimile:  (408) 350-1158

KYRA KAZANTZIS (SBN 154612)
kyrak@lawfoundation.org
ANNETTE D. KIRKHAM (SBN 217958)
annettek@lawfoundation.org
MELISSA A. MORRIS (SBN 233393)
melissam@lawfoundation.org
LAW FOUNDATION OF SILICON VALLEY
FAIR HOUSING LAW PROJECT
152 N. Third Street, 3rd Floor
San Jose, California 95112
Telephone: (408) 280-2410
Facsimile:  (408) 293-0106

Attorneys for Plaintiff RONALD HECK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| RONALD HECK, | Case No.: C 11-03644 PSJ |
| Plaintiff, | STIPULATION AND [XXXXXXXXXXXXXX ORDER TO EXTEND CASE DEADLINES |
| v. | |
| JEFF MOHOMAD, TARUN PATEL, and IJSSS INVESTMENTS, INC. dba SAINT FRANCIS MOTEL aka ST. FRANCIS MOTEL, | |
| Defendants. | |

//

//

Plaintiff RONALD HECK, by and through his counsel, Fair Housing Law Project and Health Legal Services, and Defendants JEFF MOHOMAD, TARUN PATEL, by and through their counsel, Bennett Samuelson Reynolds and Allard, hereby stipulate as follows:

Plaintiff Ronald Heck filed his Complaint on July 25, 2011. Defendants Jeff Mohomad, IJSSS Investments, Inc., and Tarun Patel were served with the Complaint on August 19, 2011 and August 28, 2011. Defendant Mohomad and IJSSS Investments, Inc.'s responsive pleading were due on September 9, 2011 and Defendant Patel's responsive pleading is due on September 19, 2011. Currently there is no insurance defense coverage for IJSSS Investments, Inc. However, because the parties are engaged in good faith settlement discussions, the parties agree that all Defendants will file their Answer by no later than October 15, 2011. The parties also agree that the following case deadlines will be extended as set forth below in order to facilitate settlement discussions.

On July 25, 2011, the Court issued the following Scheduling Order:

- Last day to: meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan; file ADR certification signed by Parties and Counsel; and file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference:     **September 20, 2011**

- Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement:     **October 4, 2011**

- Initial Case Management Conference:     **October 11, 2011**

The parties agree to extend the above deadlines as follows:

- Last day to: meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan; file ADR certification signed by Parties and Counsel; and file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference:     **November 8, 2011**

- Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement:     **November 22, 2011**

- Initial Case Management Conference:     **November 29, 2011**

**IT IS SO STIPULATED.**

1 | Dated: September 14, 2011              HEALTH LEGAL SERVICES
2
3                                          /S/
4                                          Marlene Bennett
                                           Attorneys for Plaintiff
5
6 | Dated: September 14, 2011              FAIR HOUSING LAW PROJECT
7
8                                          /S/
                                           Annette D. Kirkham
9                                          Attorneys for Plaintiff
10 | Dated: September 15, 2011             BENNETT SAMUELSON REYNOLDS & ALLARD
11
12
13                                         Thomas Gelini
                                           Attorneys for Defendants
14                                         Jeff Mohomad and Tarun Patel
15
16
17              ATTESTATION PURSUANT TO GENERAL ORDER 45

18    I, Annette D. Kirkham, attest that concurrence in the filing of this document has been obtained from
19 each of the signatories. I declare under penalty of perjury under the laws of the United States of America
20 that the foregoing is true and correct. Executed on September ____, 2011 at San Jose, California.
21
22
23                                         /s/
                                           Annette D. Kirkham
24
25
26
27
28

STIPULATION AND ORDER TO EXTEND CASE DEADLINES
C 11-03644 PSJ                                                                          3

Dated: September 14, 2011    HEALTH LEGAL SERVICES

                                                         /S/
                                                    Marlene Bennett
                                                    Attorneys for Plaintiff

Dated: September 14, 2011    FAIR HOUSING LAW PROJECT

                                                        /S/
                                                   Annette D. Kirkham
                                                    Attorneys for Plaintiff

Dated: September ____, 2011    BENNETT SAMUELSON REYNOLDS & ALLARD

                                                   Thomas Gelini
                                                  Attorneys for Defendants
                                                  Jeff Mohomad and Tarun Patel

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Annette D. Kirkham, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 15, 2011 at San Jose, California.

                                                   /s/
                                                Annette D. Kirkham

## [PROPOSED] ORDER

Upon review of the parties' stipulation requesting a continuance of the case deadlines and good cause appearing:

IT IS HEREBY ORDERED that the deadlines in this case will be continued pursuant to the parties' stipulation.

Dated:   9/16/2011

*Paul S. Grewal* (signature)
U.S. District Court Magistrate Judge Paul S. Grewal