1  HILARY ARMSTRONG (SBN 234750)
   hilarya@lawfoundation.org
2  MARLENE BENNETT (SBN 260775)
   marleneb@lawfoundation.org
3  LAW FOUNDATION OF SILICON VALLEY
   HEALTH LEGAL SERVICES
4  152 N. Third Street, 3rd Floor
   San Jose, California 95112
5  Telephone: (408) 280-2462
   Facsimile:  (408) 350-1158
6
   KYRA KAZANTZIS (SBN 154612)
7  kyrak@lawfoundation.org
   ANNETTE D. KIRKHAM (SBN 217958)
8  annettek@lawfoundation.org
   MELISSA A. MORRIS (SBN 233393)
9  melissam@lawfoundation.org
   LAW FOUNDATION OF SILICON VALLEY
10 FAIR HOUSING LAW PROJECT
   152 N. Third Street, 3rd Floor
11 San Jose, California 95112
   Telephone: (408) 280-2410
12 Facsimile:  (408) 293-0106

13 Attorneys for Plaintiff RONALD HECK

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16                   (San Jose Division)

17

18 RONALD HECK,                    )   Case No.: C 11-03644 PSJ
19                                 )
                                   )   STIPULATION AND [XXXXXXXXXXXXXX
20         Plaintiff,              )   ORDER TO EXTEND CASE DEADLINES
                                   )
21                                 )
        v.                         )
22                                 )
   JEFF MOHOMAD, TARUN PATEL, and  )
23 IJSSS INVESTMENTS, INC. dba SAINT )
   FRANCIS MOTEL aka ST. FRANCIS   )
24 MOTEL,                          )
                                   )
25                                 )
          Defendants.              )
26

27 //

28 //

STIPULATION AND ORDER TO EXTEND CASE DEADLINES
C 11-03644 PSJ

Plaintiff RONALD HECK, by and through his counsel, Fair Housing Law Project and Health Legal Services, and Defendants JEFF MOHOMAD, TARUN PATEL, by and through their counsel, Bennett Samuelson Reynolds and Allard, hereby stipulate as follows:

Plaintiff Ronald Heck filed his Complaint on July 25, 2011. Defendants Jeff Mohomad, IJSSS Investments, Inc., and Tarun Patel were served with the Complaint on August 19, 2011 and August 28, 2011. Defendant Mohomad and IJSSS Investments, Inc.'s responsive pleading were due on September 9, 2011 and Defendant Patel's responsive pleading is due on September 19, 2011. Currently there is no insurance defense coverage for IJSSS Investments, Inc. However, because the parties are engaged in good faith settlement discussions, the parties agree that all Defendants will file their Answer by no later than October 15, 2011. The parties also agree that the following case deadlines will be extended as set forth below in order to facilitate settlement discussions.

On July 25, 2011, the Court issued the following Scheduling Order:

- Last day to: meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan; file ADR certification signed by Parties and Counsel; and file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference:    **September 20, 2011**

- Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement:    **October 4, 2011**

- Initial Case Management Conference:    **October 11, 2011**

The parties agree to extend the above deadlines as follows:

- Last day to: meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan; file ADR certification signed by Parties and Counsel; and file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference:    **November 8, 2011**

- Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement:    **November 22, 2011**

- Initial Case Management Conference:    **November 29, 2011**

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: September 14, 2011 | HEALTH LEGAL SERVICES |
| | /S/<br>Marlene Bennett<br>Attorneys for Plaintiff |
| Dated: September 14, 2011 | FAIR HOUSING LAW PROJECT |
| | /S/<br>Annette D. Kirkham<br>Attorneys for Plaintiff |
| Dated: September 15, 2011 | BENNETT SAMUELSON REYNOLDS & ALLARD |
| | [signature]<br>Thomas Gelini<br>Attorneys for Defendants<br>Jeff Mohomad and Tarun Patel |

### ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Annette D. Kirkham, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September ____, 2011 at San Jose, California.

/s/
Annette D. Kirkham

STIPULATION AND ORDER TO EXTEND CASE DEADLINES
C 11-03644 PSJ

3

| | | |
|---|---|---|
| 1 | Dated: September 14, 2011 | HEALTH LEGAL SERVICES |
| 2 | | |
| 3 | | /S/ |
| 4 | | Marlene Bennett<br>Attorneys for Plaintiff |
| 5 | | |
| 6 | Dated: September 14, 2011 | FAIR HOUSING LAW PROJECT |
| 7 | | |
| 8 | | /S/ |
| 9 | | Annette D. Kirkham<br>Attorneys for Plaintiff |
| 10 | Dated: September ____, 2011 | BENNETT SAMUELSON REYNOLDS & ALLARD |
| 11 | | |
| 12 | | _____ |
| 13 | | Thomas Gelini<br>Attorneys for Defendants |
| 14 | | Jeff Mohomad and Tarun Patel |

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Annette D. Kirkham, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 15, 2011 at San Jose, California.

/s/
Annette D. Kirkham

## [PROPOSED] ORDER

Upon review of the parties' stipulation requesting a continuance of the case deadlines and good cause appearing:

IT IS HEREBY ORDERED that the deadlines in this case will be continued pursuant to the parties' stipulation.

Dated:   9/16/2011

_____
U.S. District Court Magistrate Judge Paul S. Grewal